# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD BARREN,<br><br>    Plaintiff<br><br>v.<br><br>JAMES DZURENDA, et al.,<br><br>    Defendants | Case No.: 2:19-cv-00142-APG-VCF<br><br>**Order Granting Second Motion to Extend Time**<br><br>[ECF No. 46] |

    I ORDER that plaintiff Donald Barren's second motion to extend time **(ECF No. 46) is GRANTED**. Barren shall file his opposition to the motion to dismiss by **May 21, 2021.**

    DATED this 29th day of April, 2021.

ANDREW P. GORDON  
UNITED STATES DISTRICT JUDGE