# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

DONALD ROTSIN BARREN,

    Plaintiff,

vs.

JAMES DZURENDA, Director, MICHAEL KEELER, Commissioner, MINERVA DE LA TORRE, Commissioner, ERIC CHRISTIANSEN, Commissioner, SUSAN JACKSON, Commissioner, et al.,

    Defendants.

2:19-cv-00142-APG-VCF

**ORDER RESETTING HEARING**

    Before the court is *Donald Rotsin Barren v. James Dzurenda, et al.*, case number 2:19-cv-00142-APG-VCF.

    On January 13, 2022, this court set an in person hearing to address a motion filed by defendants. (ECF No. 13). The hearing was set for 10:00 AM, January 28, 2022 in Courtroom 3D. *Id.* Thereafter, on motion by the defendants, the hearing was continued to 10:00 AM, February 7, 2022, again in *Courtroom 3D*. ECF No.62. [emphasis added].

    On February 4, 2022, plaintiff filed a motion for special scheduling review. (ECF No. 63).

    On February 7, 2022, defense counsel appeared as ordered. The hearing was delayed until 10:10 AM. Plaintiff failed to appear. Minutes of the hearing were entered. (ECF No. 64). Before the hearing began, the assigned courtroom deputy clerk tried to call plaintiff to see if he planned to attend the hearing in person or was available to participate by telephone, but there was no answer and no opportunity to leave a message.

Later that morning, I learned that plaintiff had mistakenly been waiting to appear outside Courtroom 6C, Judge Gordon's courtroom, which was locked.

Accordingly,

I HEREBY ORDER that an in-person hearing is scheduled for **2:00 PM, March 1, 2022, in Courtroom 3D**, **third floor** at the Lloyd D. George Federal Courthouse, 333 Las Vegas Blvd. South, Las Vegas, Nevada 89101.

I FURTHER ORDER that no response to plaintiff's motion ECF No. 63 is required.

The Clerk of Court is directed to email a copy of this order to Plaintiff Barren at DonaldBarren6@gmail.com and mail a copy to Donald Rotsin Barren at the address listed on the docket sheet.

DATED this 7th day of February 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE