# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DONALD ROBIN BARREN, | |
| Plaintiff(s), | 2:19-cv-142-APG-VCF |
| v. | **ORDER** |
| JAMES DZURENDA, Director, MICHAEL KEELER, Commissioner, MINERVA DE LA TORRE, Commissioner, ERIC CHRISTIANSEN, Commissioner, SUSAN JACKSON, Commissioner, et al., | |
| Defendant(s). | |

Before the Court is the motion for copy of court docket (ECF No. 96). Plaintiff is requesting a copy of the docket sheet and a 1983 Civil Rights Complaint packet.

Accordingly,

IT IS HEREBY ORDERED that the motion for copy of court docket (ECF No. 96) is GRANTED. The Clerk of Court is directed to mail a copy of the docket sheet and the 1983 Civil Rights Complaint packet to Mr. Barren.

DATED this 22nd day of September 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE