**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| DONALD ROBIN BARREN, | |
| Plaintiff, | |
| v. | 2:19-cv-00142-APG-VCF |
| | **ORDER RESCHEDULING HEARING** |
| JAMES DZURENDA, Director, MICHAEL KEELER, Commissioner, MINERVA DE LA TORRE, Commissioner, ERIC CHRISTIANSEN, Commissioner, SUSAN JACKSON, Commissioner, et al., | |
| Defendants. | |

Before the Court are plaintiff's motion to compel discovery (ECF No. 99), motion in limine (ECF No. 104), and defendants' joint motion to extend discovery and remaining case management deadlines (ECF No. 109).

Accordingly,

IT IS HEREBY ORDERED that the hearing on plaintiff's motion to compel discovery (ECF No. 99), motion in limine (ECF No. 104), and defendants' joint motion to extend discovery and remaining case management deadlines (ECF No. 109) scheduled for 3:00 PM, November 30, 2022, is RESCHEDULED to a video conference hearing on **1:00 PM, December 2, 2022**.

The Office of the Nevada Attorney General is ordered to contact Tawnee Renfro, Courtroom Deputy (702-464-5427), to coordinate plaintiff's video appearance for this hearing by noon, November 30, 2022. Plaintiff is ordered to appear by video.

IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

INSTRUCTIONS FOR VIDEO CONFERENCE HEARING

Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing to the participants email provided to the Court.

- Log on to the call ten (10) minutes prior to the hearing time.
- Mute your sound prior to entering the hearing.
- Do not talk over one another.
- State your name prior to speaking for the record.
- Do not have others in the video screen or moving in the background.
- No recording of the hearing.
- No forwarding of any video conference invitations.
- Unauthorized users on the video conference will be removed.

DATED this 22nd day of November 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE