# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

DONALD ROBIN BARREN,

      Plaintiff,

v.

JAMES DZURENDA, Director, MICHAEL
KEELER, Commissioner, MINERVA DE
LA TORRE, Commissioner, ERIC
CHRISTIANSEN, Commissioner, SUSAN
JACKSON, Commissioner, et al.,

      Defendant.

2:19-cv-00142-CDS-VCF

**ORDER**

Before the Court are the motion for full disclosure of discovery (ECF No. 121) and defendants' joint motion to stay dispositive motion deadline (ECF No. 122).

Accordingly,

IT IS HEREBY ORDERED that the video conference hearing on the motion for full disclosure of discovery (ECF No. 121) and defendants' joint motion to stay dispositive motion deadline (ECF No. 122), scheduled for 10:00 AM, March 21, 2023, is VACATED.

The hearing on the Parole Board Defendants' motion to deem facts admitted (ECF No. 114), will still go forward on 10:00 AM, March 21, 2023.  All else as stated in the order setting the hearing ECF No. 124 remains unchanged.

DATED this 23rd day of February 2023.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE