**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

DONALD ROBIN BARREN,

    Plaintiff(s),

v.

JAMES DZURENDA, et al.,

    Defendant(s).

2:19-cv-00142-CDS-VCF

**ORDER**

Before the Court is plaintiff's motion for leave to file amended complaint (ECF NO. 136).

On March 29, 2023, Judge Silva granted plaintiff's request to file his third amended complaint. (ECF NO. 135).

Accordingly,

IT IS HEREBY ORDERED that plaintiff's motion for leave to file amended complaint (ECF NO. 136), is DENIED as unnecessary. The Clerk of Court is directed to file plaintiff's third amended complaint on the docket. (ECF NO. 136, pages 4 to 54).

IT IS FURTHER ORDERED that the answer/and or response to plaintiff's third amended complaint, must be filed on or before April 24, 2023.

DATED this 7th day of April 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1